```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         JAN 1 4 2014

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 09-0207-PA |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| JESUS MANUEL OCHOA | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)    (X)    the appearance of defendant as required; and/or

    (B)    (X)    the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

there exist supervisory conditions that will assure otherwise. This finding is based on the nature of the violations alleged.

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will not abscond and can comply with supervisory conditions. This finding is based on defendant's failures to appear and connections to Mexico.

IT IS ORDERED that defendant be detained.

DATED: 1.14.2014

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2