FILED
CLERK, U.S. DISTRICT COURT
JUN - 1 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JESUS MANUEL OCHOA,<br><br>　　　　　　Defendant. | Case No. __CR 09-0207 PA__<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>· Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

　　　　On arrest warrant issued by the United States District Court for the _Central District of Cal_ involving alleged violations of conditions of probation/supervised release:

　　　　1.　　The court finds that no condition or combination of conditions will reasonably assure:

　　　　　　A.　　(✓) the appearance of defendant as required; and/or

　　　　　　B.　　( ) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

A.  ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

B.  (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____

_Allegations of Petition_

_History of Substance Abuse_

_____

_____

IT IS ORDERED that defendant be detained.

DATED: _June 1, 2015_

_/s/_

Frederick F. Mumm
United States Magistrate Judge